DAVID WM. ENGELMAN, SBA #004193
OLGA ZLOTNIK, SBA #027268
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@engelmanberger.com
Email: oxz@engelmanberger.com

Attorneys for Arizona Federal Credit Union

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HUILIN J. HUANG and YUMIN HUANG,<br><br>Debtors. | Chapter 7<br><br>Case No.: 2:09-bk-04045-RJH<br><br>**Adv. No.: 2:09-ap-00622-RJH** |
| ARIZONA FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>HUILIN J. HUANG and YUMIN HUANG,<br><br>Defendants. | **STIPULATION FOR ENTRY OF JUDGMENT OF NON-DISCHARGEABILITY OF DEBT**<br><br>**Hearing Date:** 05/04/2010<br>**Hearing Time:** 10:00 a.m.<br>**Hearing Room:** 603 |

Arizona Federal Credit Union ("AZFCU") and Huilin J. Huang ("Mr. Huang") and Yumin Huang ("Mrs. Huang," collectively, the "Huangs"), by and through undersigned counsel, have entered into an agreement resolving the claims of AZFCU against the Huangs arising out of 11 U.S.C. § 523. AZFCU and the Huangs are sometimes referred to herein individually as a "Party" and collectively as the "Parties. To resolve all pending issues between them, the Parties hereby stipulate as follows:

# RECITALS

## I. Parties and Jurisdiction.

A. On March 6, 2009, the Huangs filed a petition in the United States Bankruptcy Court, District of Arizona, seeking relief under chapter 7 of the United States Bankruptcy Code, Case No. 2:09-bk-04045-RJH (the "Bankruptcy Case").

B. Dale D. Ulrich (the "Trustee") is the duly appointed Trustee in this Bankruptcy Case.

C. AZFCU is the Plaintiff in the above-entitled adversary proceeding.

D. The Huangs are the Defendants and Debtors in the above-entitled adversary proceeding.

E. The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.

F. Pursuant to 28 U.S.C. § 157(b)(2)(I), this matter constitutes a "core" proceeding over which this Court has jurisdiction to enter a final judgment.

G. Venue is proper pursuant to 28 U.S.C. § 1409(a).

## II. The Credit Card.

H. On or about October 8, 2003, AZFCU extended Mr. Huang a Visa credit card (the "Credit Card") pursuant to Mr. Huang's execution of a "Line-of-Credit Open-End Credit Plan" with AZFCU.

I. Between November, 2008 and January, 2009, the Huangs received cash advances and/or made purchases totaling $10,000.00 in connection with the Credit Card.

J. As of April 3, 2009, the Credit Card reflected a balance of $10,291.21, including a principal balance of $10,000.00 and interest of $286.26.

## IV. AZFCU's Complaint.

K. On or about June 5, 2009, AZFCU commenced Adversary Proceeding no. 2:09-ap-00622-RJH by filing the "Complaint to Determine Non-Dischargeability of Debt" (the "Complaint") against the Huangs.

L. AZFCU filed the Complaint for a determination that the Huangs' debt to AZFCU in

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

connection with the Credit Card was non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

M. The Parties are desirous of resolving all of the disputes arising from the Complaint without further litigation or expense.

## COVENANTS

1. The Parties incorporate by reference herein the above Recitals, which are acknowledged to be true and accurate.

2. AZFCU and the Huangs hereby stipulate (the "Stipulation") to entry of a judgment of non-dischargeability against the Huangs and in favor of AZFCU (the "Judgment") in the form attached hereto as **Exhibit "A"** and by this reference incorporated herein.

3. AZFCU and the Huangs agree that a portion of the pre-petition debt in connection with the Credit Card owed by the Huangs to AZFCU shall be determined to be non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) and that the elements of 11 U.S.C. § 523(a)(2)(A) in connection with the non-dischargeable portion of the debt are satisfied.

4. Judgment shall be entered in favor of AZFCU and against Mr. Huang, individually, Mrs. Huang, individually, and the marital community consisting of the Huangs (the "Judgment"), in the principal amount of $2,000.00 (the "Judgment Amount"). Interest on the Judgment Amount shall accrue at a rate of 6.0% starting on June 1, 2010. The Huangs shall begin making payments in the amount of $100.00 on the Judgment Amount on June 1, 2010, with payments of $100.00 to be due on the 1st of each month thereafter until the Judgment Amount, and all accruing interest, is paid in full. The Huangs shall be entitled to prepay the Judgment Amount together with any accrued interest or any portion thereof at any time.

5. If the Huangs default under the terms of this Stipulation, the Huangs may cure the default upon ten (10) days written notice. If the default is not cured by the expiration of the ten (10) day period, AZFCU shall be entitled to recover against the Huangs the entire original balance of $10,291.21 owed to AZFCU, together with interest thereon at the rate of 6.0% per annum until paid in full. Written notice of default shall be delivered by first class mail and deemed to be given upon deposit in the United States mail. Subject to change pursuant to written notice from the Huangs, the

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

1  notice described herein shall be mailed to the Huangs at the following address: 1363 East Elgin
2  Place, Chandler, Arizona 85225.
3      6.    The Parties agree to vacate the final pretrial conference on the Complaint currently
4  scheduled for May 4, 2010 at 10:00 a.m.

DATED this 3/ day of April, 2010.

ENGELMAN BERGER, P.C.

By /s/
   David Wm. Engelman
   Olga Zlotnik
   3636 North Central Avenue, Suite 700
   Phoenix, Arizona 85012
   Attorneys for Arizona Federal Credit Union

DATED this 30 day of April, 2010.

By /s/
   Huilin J. Huang
   1363 East Elgin Place
   Chandler, Arizona 85225
   Debtor Pro Se

DATED this 30 day of April, 2010.

By _____
   Yumin Huang
   1363 East Elgin Place
   Chandler, Arizona 85225
   Debtor Pro Se

{01206.550/00161092.DOC /}                4

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

notice described herein shall be mailed to the Huangs at the following address: 1363 East Elgin Place, Chandler, Arizona 85225.

6. The Parties agree to vacate the final pretrial conference on the Complaint currently scheduled for May 4, 2010 at 10:00 a.m.

**DATED** this ___ day of April, 2010.

**ENGELMAN BERGER, P.C.**

By _____
David Wm. Engelman
Olga Zlotnik
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
Attorneys for Arizona Federal Credit Union

**DATED** this ___ day of April, 2010.

By _____
Huilin J. Huang
1363 East Elgin Place
Chandler, Arizona 85225
Debtor Pro Se

**DATED** this ___ day of April, 2010.

By ___/s/ Yumin Huang___
Yumin Huang
1363 East Elgin Place
Chandler, Arizona 85225
Debtor Pro Se

{01206.550/00161092.DOC /}

# EXHIBIT A

DAVID WM. ENGELMAN, SBA #004193
OLGA ZLOTNIK, SBA #027268
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@engelmanberger.com
Email: oxz@engelmanberger.com

Attorneys for Arizona Federal Credit Union

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HUILIN J. HUANG and YUMIN HUANG,<br><br>Debtors. | Chapter 7<br><br>Case No.: 2:09-bk-04045-RJH<br><br>Adv. No.: 2:09-ap-00622-RJH |
| ARIZONA FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>HUILIN J. HUANG and YUMIN HUANG,<br><br>Defendants. | **STIPULATED JUDGMENT**<br><br>Hearing Date:  05/04/2010<br>Hearing Time:  10:00 a.m.<br>Hearing Room:  603 |

This matter coming on pursuant to the "Stipulation for Entry of Judgment of Non-Dischargeability of Debt" (the "Stipulation")[1] filed by Arizona Federal Credit Union ("AZFCU") and Huilin J. Huang ("Mr. Huang") and Yumin Huang ("Mrs. Huang," collectively, the "Huangs"). Having reviewed the Stipulation and the entire record before the Court, and with good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation be, and hereby is, approved and that the terms and conditions of the Stipulation are incorporated by reference herein.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

**IT IS FURTHER ORDERED** that Judgment is hereby entered against Mr. Huang, individually, Mrs. Huang, individually, and the marital community consisting of the Huangs and in favor of AZFCU in the principal amount of $2,000.00, subject to the terms and conditions of the Stipulation.

**IT IS FURTHER ORDERED** that the Judgment is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

**IT IS FURTHER ORDERED** that each Party herein shall be responsible for the payment of their respective costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the final pretrial conference on the Complaint set for May 4, 2010 at 10:00 a.m. is vacated.

**DATED AND SIGNED ABOVE.**

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012