```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
                                    The party obtaining this order is responsible for
                                    noticing it pursuant to Local Rule 9022-1.
```



1  DAVID WM. ENGELMAN, SBA #004193      **Dated: May 04, 2010**
   OLGA ZLOTNIK, SBA #027268
2  **ENGELMAN BERGER, P.C.**
   3636 NORTH CENTRAL AVENUE, SUITE 700
3        PHOENIX, ARIZONA 85012

4            Ph: (602) 271-9090                  _Randolph J. Haines_
             Fax: (602) 222-4999                 _____
         Email: dwe@engelmanberger.com           RANDOLPH J. HAINES
5        Email: oxz@engelmanberger.com           U.S. Bankruptcy Judge

6  Attorneys for Arizona Federal Credit Union

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| HUILIN J. HUANG and YUMIN HUANG, | Case No.: 2:09-bk-04045-RJH |
| Debtors. | Adv. No.: 2:09-ap-00622-RJH |
| ARIZONA FEDERAL CREDIT UNION, | **STIPULATED JUDGMENT** |
| Plaintiff, | Hearing Date: 05/04/2010 |
| vs. | Hearing Time: 10:00 a.m. |
| HUILIN J. HUANG and YUMIN HUANG, | Hearing Room: 603 |
| Defendants. | |

This matter coming on pursuant to the "Stipulation for Entry of Judgment of Non-Dischargeability of Debt" (the "Stipulation")[1] filed by Arizona Federal Credit Union ("AZFCU") and Huilin J. Huang ("Mr. Huang") and Yumin Huang ("Mrs. Huang," collectively, the "Huangs"). Having reviewed the Stipulation and the entire record before the Court, and with good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation be, and hereby is, approved and that the terms and conditions of the Stipulation are incorporated by reference herein.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

**IT IS FURTHER ORDERED** that Judgment is hereby entered against Mr. Huang, individually, Mrs. Huang, individually, and the marital community consisting of the Huangs and in favor of AZFCU in the principal amount of $2,000.00, subject to the terms and conditions of the Stipulation.

**IT IS FURTHER ORDERED** that the Judgment is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

**IT IS FURTHER ORDERED** that each Party herein shall be responsible for the payment of their respective costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the final pretrial conference on the Complaint set for May 4, 2010 at 10:00 a.m. is vacated.

**DATED AND SIGNED ABOVE.**