**MARK A. KIRKORSKY, P.C.**
**Attorneys at Law**
P.O. Box 25287
Tempe, Arizona 85285
(480) 551-2173

Mark A. Kirkorsky (#010029)
Tara K. Miller (#024742)
Bruce E. Gardner (#027715)
info@makcollections.com
Attorneys for Plaintiff

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:09-BK-04045-RJH |
| HUILIN J. HUANG and YUMIN HUANG, | Chapter 7 |
| Defendant(s)/Judgment Debtor(s). | Adv. No.: 2:09-ap-00622-RJH |
| | |
| ARIZONA FEDERAL CREDIT UNION, a federally chartered credit union, | **APPLICATION FOR WRIT OF GARNISHMENT** |
| Plaintiff/Judgment Creditor, | (NON-EARNINGS) |
| v. | |
| HUILIN J. HUANG and YUMIN HUANG, | |
| Defendant(s)/Judgment Debtor(s). | |
| | |
| BANK OF AMERICA, NATIONAL ASSOCIATION, | |
| Garnishee. | |

**Applicant states:**

      1.   The Applicant for this Writ of Garnishment is the Judgment Creditor.

      2.   The Applicant has good reason to believe:

a.  The Garnishee is indebted to the Judgment Debtor for monies, which are not earnings.

b.  The Garnishee is holding nonexempt monies on behalf of the Judgment Debtor.

c.  The Garnishee has in his possession nonexempt personal property belonging to the Judgment Debtor.

d.  The Garnishee is a corporation and the Judgment Debtor is the owner of shares in the corporation or have other such proprietary interest in the corporation.

3.  On the date of this Application, Judgment Debtor owes $9,824.52 in principal, interest and accrued costs (See Exhibit "A", Judgment; and Exhibit "B", Statement of Account).

4.  The address of the Garnishee is:

BANK OF AMERICA, NATIONAL ASSOCIATION
Statutory Agent:
Attn:
1801 E SOUTHERN AVENUE
TEMPE, AZ  85282

DATED this 2 day of May, 2012.

MARK A. KIRKORSKY, P.C.

By: /s/ *Mark A. Kirkorsky*
Mark A. Kirkorsky
Tara K. Miller
Bruce E. Gardner
P.O. Box 25287
Tempe, Arizona 85285
Attorneys for Plaintiff

-2-