**MARK A. KIRKORSKY, P.C.**
**Attorneys at Law**
P.O. Box 25287
Tempe, Arizona 85285
(480) 551-2173

Mark A. Kirkorsky (#010029)
Tara K. Miller (#024742)
Bruce E. Gardner (#027715)
info@collectionstatus.com
Attorneys for Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:09-BK-04045-RJH |
| HUILIN J. HUANG and YUMIN HUANG, | Chapter 7 |
| Defendant(s)/Judgment Debtor(s). | Adv. No.: 2:09-ap-00622-RJH |
| ARIZONA FEDERAL CREDIT UNION, a federally chartered credit union, | **MOTION FOR ENTRY OF JUDGMENT AGAINST GARNISHEE** |
| Plaintiff/Judgment Creditor, | (NON-EARNINGS) |
| v. | |
| HUILIN J. HUANG and YUMIN HUANG, | |
| Defendant(s)/Judgment Debtor(s). | |
| BANK OF AMERICA, NATIONAL ASSOCIATION, | |
| Garnishee. | |

Plaintiff/Judgment Creditor, by and through undersigned counsel, hereby moves the Court for entry of Judgment against Garnishee for the amount of $501.39. Plaintiff/Judgment Creditor served Garnishee with a Writ of Garnishment on June 1, 2012. Garnishee filed its

1

Answer on or about June 7, 2012, alleging that Garnishee was holding the sum of $501.39 from the account of Judgment Debtor Huilin James Huang in response to the Writ.

Judgment Debtor Huilin James Huang has not requested a hearing or otherwise sought relief in response to the Writ. As such, Plaintiff/Judgment Creditor is entitled to a Judgment against Garnishee, ordering Garnishee to pay over to Plaintiff/Judgment Creditor the sum of $501.39.

Plaintiff/Judgment Creditor respectfully requests that the Court enter the Judgment against Garnishee lodged with the Court concurrently herewith and directing Garnishee to retain the sum of $150.00 as reasonable compensation.

DATED this 2 day of July, 2012.

MARK A. KIRKORSKY, P.C.

By: /s/ Mark A. Kirkorsky
Mark A. Kirkorsky
Tara K. Miller
Bruce E. Gardner
P.O. Box 25287
Tempe, Arizona 85285
Attorneys for Plaintiff

Copy of the foregoing mailed
this 2 day of July, 2012 to:

Huilin James Huang
1363 E. Elgin Pl.
Chandler, AZ 85225
**Judgment Debtor**

Bank of America NA
Attn: Customer Service
CA9-705-05-07
PO Box 54660
Los Angeles, CA 90054
**Garnishee**

/s/ Tessa Y. Phillips

2