MARK A. KIRKORSKY, P.C.
**Attorneys at Law**
P.O. Box 25287
Tempe, Arizona 85285
(480) 551-2173

Mark A. Kirkorsky (#010029)
Tara K. Miller (#024742)
Alan M. Tramposch (#029755)
info@makcollections.com
Attorneys for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **HUILIN J. HUANG** and **YUMIN HUANG**, <br><br> Debtors. | Chapter 7 <br><br> Case No.: 2:09-bk-04045-RJH |
| **ARIZONA FEDERAL CREDIT UNION,** <br><br> Plaintiff, <br><br> vs. <br><br> **HUILIN J. HUANG** and **YUMIN HUANG**, <br><br> Defendants. | Adv. No.: 2:09-ap-00622-MCW <br><br> **JUDGMENT RENEWAL AFFIDAVIT** |

STATE OF ARIZONA  )
                  ) ss.
County of Maricopa )

    Mark A. Kirkorsky, Tara K. Miller, or Alan M. Tramposch, as attorney for Judgment Creditor, being first duly sworn, upon oath, deposes and says:

1. The names of the parties to the Judgment are:

    Plaintiff/Judgment Creditor:    Arizona Federal Credit Union

    Defendant(s)/Judgment Debtor(s):    Huilin J. Huang and Yumin Huang

    Name of Court(s):    United States Bankruptcy Court, District of Arizona
                                Judgment entered 05/04/2010

    Name of County:    Maricopa County

2. There is an execution outstanding upon the Judgment. An Order of Continuing Lien is currently active pursuant to a Writ of Garnishment.

3. Date and Amount of Payments:

| Date | Amount |
|---|---|
| 06/02/2010 | $100.00 |
| 07/08/2010 | $100.00 |
| 07/29/2010 | $100.00 |
| 08/26/2010 | $100.00 |
| 10/01/2010 | $100.00 |
| 10/28/2010 | $100.00 |
| 12/03/2010 | $100.00 |
| 01/03/2011 | $100.00 |
| 02/02/2011 | $100.00 |
| 03/03/2011 | $100.00 |
| 04/11/2011 | $100.00 |
| 05/05/2011 | $100.00 |
| 06/03/2011 | $100.00 |
| 07/21/2011 | $100.00 |
| 08/10/2011 | $100.00 |
| 08/31/2011 | $100.00 |
| 10/06/2011 | $100.00 |
| 11/02/2011 | $100.00 |
| 12/05/2011 | $100.00 |
| 01/05/2012 | $100.00 |
| 08/23/2012 | $351.39 |
| 09/09/2012 | $234.38 |
| 07/02/2014 | $2936.71 |
| Total | $5,522.48 |

4. There are no set-offs or counterclaims in favor of the Judgment Debtor(s).

///

///

5. The exact amount due (as of 03/20/2015):

| | |
|---|---|
| $10,291.21 | Original Judgment amount |
| $2,656.30 | Accrued interest |
| $0.00 | Attorneys costs and fees |
| ($5,522.48) | Payments |
| $7,425.03 | TOTAL |

FURTHER AFFIANT SAYETH NOT.

_____
Mark A. Kirkorsky
Tara K. Miller
Alan M. Tramposch

SUBSCRIBED AND SWORN to before me this 02 day of April, 2015, by Mark A. Kirkorsky, Tara K. Miller, or Alan M. Tramposch.

DESIREE MATURO
Notary Public - State of Arizona
PINAL COUNTY
My Commission Expires
August 31, 2018

_____
Notary Public
My Commission Expires: 08/31/2018

COPY of the foregoing mailed
this 02 day of April, 2015, to:

Huilin J. Huang and Yumin Huang
P.O. Box 2111
Tempe, AZ 85280-2111
*Defendants*

_____
Desiree Maturo